[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**FILED**
6/7/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
DB

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MONTEL ARTIS
#B84281

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

JAMES KELLER
QUENTIN TANNER
DAVID GOMEZ
JACOB BLODWELL

(Enter above the full name of ALL defendants in this action. <u>Do not</u> use "et al.")

Judge John Z. Lee
Magistrate Judge Harjani

Case No: 21-CV-5779
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**           **AMENDED COMPLAINT**

__X__    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         **U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
         **28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Monter Artis

B. List all aliases: _____

C. Prisoner identification number: B84281

D. Place of present confinement: Pontiac Correctional Cntr

E. Address: P.O.B 99- Pontiac, IL 61764

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: James Keller
Title: Food Supervisor Administrator
Place of Employment: Illinois Department of Correction

B. Defendant: Quentine Tanner
Title: Food Supervisor
Place of Employment: Stateville C.C.

C. Defendant: David Gomez
Title: Warden
Place of Employment: Stateville CC.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

I. **Plaintiff(s):**

  A. Name: _Montell Artis_

  B. List all aliases: _____

  C. Prisoner identification number: _B84281_

  D. Place of present confinement: _____

  E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: _Jacob Bedwell_

   Title: _Food Supervisor_

   Place of Employment: _Stateville CC_

  B. Defendant: _____

   Title: _____

   Place of Employment: _____

  C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: *Next page —*

B. Approximate date of filing lawsuit: *Next page —*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *Next page N/A / N/A*

D. List all defendants: *Next page —*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *Next page*

F. Name of judge to whom case was assigned: *John J. Lee, Kotz, Braid; Perkin Chris, and Denocapoula L. Jothen*

G. Basic claim made: *Deliberate indifference and willfully, intentionally and in bad faith. 1st, 8th, and 14th Amendment violations.*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Artis v. Phaley, Tanner, Phaley, and were all settled and Artis v. Bedwell was dismissed. All sect 1983 were dismissed with Artis v. St Clair States Attorney, Village of Brooklyn, Artis v. CCPD, IDOC, I.S.P. dismissed, E.E.P.D,*

I. Approximate date of disposition. *Artis v. Bethlaw granted, IDoc will pending, Artis v. OBasi 18 cv 947. Settled.*

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

1.

ARTIS V. PFISTER, et al, 17·CV·4616
ARTIS V. TANNER, et al, 17·CV·6905
ARTIS V. PFISTER, et al, 17·CV·8574
ARTIS V. BROWELL, et al, 18·CV·2408
ARTIS V. OBAISI, et al, 18·CV·0647
ARTIS V. WEXFORD, et al, 18·CV·4476
ARTIS V. WEXFORD, et al, 19·CV·5959
ARTIS V. NICHOLSON, et al, 20·CV·2673
ARTIS V. RABIDEAU, et al, 20·CV·777
ARTIS V. HELLER, et al, 21·CV·5779
ARTIS V. PFISTER, et al, 21·CV·5794
ARTIS V. WEXFORD, et al, 22·CV·2385
ARTIS V. HARDY          12 604 DRH
ARTIS V. IDOC           22 CCD 718


ARTIS V. E ST LOUIS PD,           16·MR·247
ARTIS V. ST CLAIR States Att,     17 MR 352
ARTIS V. BROOKLYN,                17 CH MR 269
ARTIS V. CHICAGO P.D,             17 CH 69064; 20CH2268
ARTIS V. IDOC,                    17 MR 1001 and 2020 MR 666690
ARTIS V. ISP                      18 MR 263
ARTIS V. Cook County States Att,  17 CH 12877
ARTIS V. Chicago Heights PD,      never processed
ARTIS V. IPRA,                    never processed

Date Filed

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

C. 06-30-16; 06-20-17; 06-29-17; 06-29-17; 06-29-17; 06-29-17; 08-17-17; 08-17-17; 09-25-17; 10-20-17; 01-29-18; 03-16-18; 04-04-18; 11-27-17; 10-20-18; 12-3-19; 02-25-2020; 02-10-20; 10-20-21.

List all Defendants

D. Pfister, Bell, Williams, Harris, Johnson, Harrell, Tanner, Portwood, Brown, Park, Williams, Lemke, Obaisi, Bedwell, Luce, Krarg, Wexford, Garcia, Rabideau, Nicholson, Miller, Miles, Lamb, Ghaliah Obaisi; C.P.D, I.S.P., E. St. Louis P.D. Chicago Heights P.D; IDOC; Cook County States' Attorney's office; Village of Brooklyn; Illinois State Police, James Keller, George Adamson, IDOC.

Court which lawsuit was filed:

E. (10) IN Northern District Federal Court (Ten 10)
(6). IN Cook County, (4) IN Sangamon (4 four)
(3) IN St. Clair County. (three 3)

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. Defendants are sued under the color of State law in their official and individual capacity for violating Mr. Montez Artis 1st Amendment and 14th amendment rights under the U.S Constitution.

2. Defendant's conduct violates Mr. Artis' rights under the Free Exercise Clause of the First Amendment and the Religious Land Use and Institutionalized Persons Act 42 USC § 2000 cc et seq ("R.L.U.I.P.A"). Defendants were Deliberately Indifferent.

3. Plaintiff, Mr. Artis arrived at Stateville July 18, 2012, where he remained until Dec. 8, 21. Mr. Artis now is incarcerated at Pontiac CC in Pontiac, IL 61764.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Mr. Artis is "an observant Jew" and, as such, must "maintain a kosher diet," which means Mr. Artis must have his food prepared in a manner where neither the food itself nor the utensils used to prepare the food intermix with Non-kosher items.

5. The kitchen at Stateville does not comply with the kosher rules and requirements.

6. The entire time that Mr. Artis was incarcerated at Stateville CC he was denied a kosher breakfast but was fed a general population diet. for breakfast denying him 3 meals a day as all other individuals incarcerated where receiving on a daily basis.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

7. ON 5-21-19 Shelliah Portwood was deposed and testified in Artis v. Tanner, No. 17C6905 (N.D. Ill)(settled in Dec. 2019), that she sometimes works the breakfast shift and that "the kosher prisoners receive the same meals that all the breakfast inmates receive at that time."

8. Defendant James Keller, Food Service administrator is responsible for dietary needs of kosher individuals in custody and had the authority to remedy the ongoing failure to provide an adequate kosher diet (i.e. Breakfast.) with jewish dietary laws. ON 6-4-19 Defendant James Keller was deposed in Artis v. Tanner, 17-C-6905 (N.D. Ill)(settled in Dec 2019) that IDOC has never served prepackage kosher

4

breakfast trays.

9. Defendant Quentine Tanner was the Dietary Supervisor at Stateville CC. Tanner was employed by IDOC and acting under the color of state law. Tanner had management and administrative responsibilities at Stateville, including dietary needs for prisoners religious diets. He had the authority to remedy the ongoing failure to provide an adequate kosher diet to Mr. Artis and serve food in the manner that conforms with Jewish dietary law. Mr. Artis filed grievances in Jan 2020 regarding the denial of kosher breakfast and Tanner turned a blind eye, these grievances were sent as emergencies to Warden Cromer, who was responsible for the operations of Stateville, including implementation of Religious accommodations, supervising of all staff, and managing all aspects of prison operations. Warden Cromer turned a blind eye

5

to Mr. Artis's emergency grievances.

10. A couple of said grievances were filed because Mr. Artis was removed from the kosher diet in Jan 2020 by food supervisor Defendant Jacob Bedwell for (7) seven months because he made complaints of receiving the same kosher trays for (4) four days in a row.

11. Defendant Bedwell stated to Mr. Artis "aren't you sueing me, now you want me help huh"? "You need to stop complaining about the diet or get off, dont worry I'll fix your problem. Defendant Bedwell knowingly gave Mr. Artis the wrong diet (general population diet) and told him to move it. The next week Mr. Artis was moved from the kosher diet. Many days Mr. Artis was hungry and forced to eat commissary food, which is extremely unhealthy.

5

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Injunctive and declaratory relief ordering Defendants to provide prepackage kosher breakfast tray. Compensatory and punitive damages awarded to Mr. Artis in a sum to be determined by a jury at trial. Mr. Artis be reimbursed for Commissary food items.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _2_ day of _June_, 20_22_

_Monty Artis_

(Signature of plaintiff or plaintiffs)

_Monteh Artis_
(Print name)

_B84281_
(I.D. Number)

_POB 99_
_Pontiac, IL 61764_

(Address)

IN THE
_U S DISTRICT COURT_
_NORTHERN DISTRICT_

SCANNED AT PON CC
EMAILED 6/7/22 (date)
BY _____ (intials)
13 (# of pages)

MONTEZ ARTIS )
**Plaintiff** )
v. ) Case No. 21 CV 5779
JAMES KILLER, et al, )
**Defendant**

## PROOF/CERTIFICATE OF SERVICE

TO: Law Library Clerk
Pontiac CC
P.O. B 99
Pontiac, IL 61764

TO: Thomas G. Bruton
US DISTRICT COURT
219 S. Dearborn
Chicago IL 60606

TO: _____

TO: _____

PLEASE TAKE NOTICE that on 6-02, 20 22, I have placed the documents listed below in the institutional mail at Pontiac Correctional Center, properly addressed to the parties listed above for mailing though the United States Postal Service:

(1) one 1983 to US Northern District Court.

Pursuant to 28 USC 1746, 18 USC 1621 or 735ilcs 5/1-109, I declare, under the penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 6-2-22

/s/ Montez Artis
NAME Montez Artis
IDOC# B84281

Copy