**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MONTEZ ARTIS,<br><br>        Plaintiff,<br><br>vs.<br><br>JACOB BEDWELL, ET AL.<br><br>        Defendants. | Case No.<br>1:21-cv-05779<br><br>Honorable Matthew F. Kennelly |

**JOINT STATUS REPORT**

Plaintiff Montez Artis and Defendants Jacob Bedwell, George Adamson, Damien Davis, Quentin Tanner, and Charles Truitt as Warden of Stateville Correctional Center, by and through their respective counsel, hereby submit their Joint Status Report in accordance with this Court's pretrial schedule.

    A.    **Status of Discovery**

Counsel for both parties worked diligently to resolve all discovery issues by the close of fact discovery on January 31, 2024. With respect to oral discovery, the parties completed all depositions as of January 22, 2024. With respect to written discovery, certain limited issues remain unresolved, but counsel for both parties have reached an agreement to resolve any outstanding document requests before February 9, 2024. Defense Counsel has conferred with the relevant IDOC recordkeeper and has requested that all outstanding written discovery issues be resolved by February 9, 2024.

    B.    **Status of Briefing**

There are no pending motions at this time.

C.   **Settlement Efforts**

The parties have not engaged in settlement discussions. Plaintiff's Counsel has expressed openness to exploring settlement or other mediation.

D.   **Request for Any Agreed Action the Court Can Take Without Hearing**

None at this time.

E.   **Whether a Telephone Conference with the Judge is Necessary**

The Court scheduled a telephonic status hearing for February 9, 2024 at 9:00 AM. Plaintiff's Counsel respectfully submits that confirming all outstanding discovery issues are resolved at that time would be beneficial to all parties.

Dated: February 2, 2024

Respectfully submitted,

By: /s/ Daniel J. Weiss
Daniel J. Weiss
Bethany H. Felder
Meredith A. Hurley
Andrew L. Osborne
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: +1 312 222 9350
Facsimile: +1 312 527 0484

*Attorneys for Plaintiff*

**KWAME RAOUL**
Attorney General of Illinois

/s/ *Marrian M. Daniel*
Marrian Daniel
Assistant Attorney General
General Law Bureau
115 S. LaSalle St., 28th Floor
Chicago, Illinois 60603

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2024, I caused the foregoing **Joint Status Report** to be electronically filed via the Court's CM/ECF system. This filing was served on all parties indicated on the electronic filing receipt via the Court's CM/ECF system.

Dated: February 2, 2024                                  Respectfully submitted,

                                                           By: /s/ Daniel J. Weiss
                                                                  Daniel J. Weiss
                                                                  Bethany H. Felder
                                                                  Meredith A. Hurley
                                                                  Andrew L. Osborne
                                                                  Jenner & Block LLP
                                                                  353 N. Clark Street
                                                                  Chicago, IL 60654-3456
                                                                  Telephone: +1 312 222 9350
                                                                  Facsimile: +1 312 527 0484